**John B. SHELTON, Plaintiff–Appellant,**

v.

**UNITED STATES POST OFFICE; Employee One/John Doe I; Employee Two/John Doe II, Supervisor, Defendants–Appellees.**

No. 08–2349.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 2, 2009.

John B. Shelton, Appellant Pro Se.
Jonathan Holland Hambrick, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John B. Shelton appeals the district
court's orders dismissing his complaint
filed pursuant to the Federal Tort Claims
Act and *Bivens v. Six Unknown Named
Agents of Fed. Bureau of Narcotics,* 403
U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619
(1971), and denying his motion for reconsideration. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Shelton v. United States
Post Office,* No. 3:08–cv–00399–JRS, 2008
WL 4628466 (E.D.Va. Oct. 17, 2008 & Oct.
30, 2008). We deny as moot Shelton's
motion for a ten-day stay of this appeal.
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*